IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAMUEL MALDONADO,**

   *Plaintiff*,

v.                                                     Case No.: 4:22cv162-MW/MAF

**NEW YORK STATE PAROLE
COMMUNITY SUPERVISION,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Southern District of New York for all further proceedings. The Clerk shall take the necessary steps to effect the transfer and close the file.

**SO ORDERED** on June 6, 2022.

                                                   s/Mark E. Walker                        
                                                   **Chief United States District Judge**